IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DESHAWN GREEN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                              CASE NO. 1D15-4134

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed February 2, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Deshawn Green, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Samuel Steinberg, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking belated appeal is denied. This disposition is without prejudice to petitioner seeking a belated appeal of the amended order denying the motion to correct illegal sentence.

ROWE, RAY, and SWANSON, JJ., CONCUR.